OLD ROSE DISTRIBUTING CO., Plaintiff-Appellee, *v.* GEORGE J. KALLAS *et al.*, Individually and d/b/a LE PARASOL, Defendants—(GEORGE J. KALLAS, Appellant.)

(No. 58887;

First District (1st Division)—September 24, 1973.

PER CURIAM.

EGAN, J., took no part.

Richard J. Horka, of Chicago, (Eugene Lieberman, of counsel,) for appellant.

Wexler, Wexler & Heller, Ltd., of Chicago, for appellee.